**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL HATWEEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENCE ENERGY, INC., JULIAN JOSE NEBREDA MARQUEZ, and AHMED PASHA,<br><br>Defendants. | Case No. 1:26-cv-08475-JHR<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA PURSUANT TO 28 U.S.C. § 1404(a)** |

Plaintiff Paul Hatweek ("Plaintiff") and Defendants Fluence Energy, Inc. ("Fluence"), Julian Jose Nebreda Marquez, and Ahmed Pasha (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to transfer the above-captioned action (the "Action") to the United States District Court for the Eastern District of Virginia and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on September 28, 2026, Plaintiff commenced the Action by filing a securities class action complaint (the "Complaint," ECF No. 1) asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, on behalf of a putative class of investors who purchased or otherwise acquired Fluence securities between November 24, 2025, and September 16, 2026, inclusive;

WHEREAS, Defendant Fluence maintains its principal place of business in Arlington, Virginia and is subject to personal jurisdiction in the Eastern District of Virginia;

WHEREAS, Defendants contend that the witnesses and documents relevant to the case are generally located in the Eastern District of Virginia;

WHEREAS, transfer of the Action is appropriate under 28 U.S.C. § 1404(a) because the Action could have been brought in the Eastern District of Virginia;

WHEREAS, counsel for the Parties have met and conferred and agree that, for the convenience of the parties and witnesses and in the interest of justice, the Action should be transferred to the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by the Parties hereto, by and through their undersigned counsel, subject to the approval of the Court, as follows:

1. The case shall be transferred from the United States District Court for the Southern District of New York to the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a);

2. Any motion for appointment as lead plaintiff and approval of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3), shall decided by the United States District Court for the Eastern District of Virginia.

3. The Parties shall bear their own respective costs and fees, including attorneys' fees, relating to the transfer.

Dated: November 13, 2026

*/s/ Rebecca Dawson*[1]
**GLANCY PRONGAY WOLKE & ROTTER LLP**
Rebecca Dawson
745 5th Avenue, 5th Floor
New York, NY 10151
Telephone: (213) 521-8007
Facsimile: (212) 884-0988
Email: rdawson@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Attorneys for Plaintiff*

*/s/ Colleen C. Smith*
**LATHAM & WATKINS LLP**
Colleen C. Smith
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450
Email: colleen.smith@lw.com

Matthew J. Peters
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201
Email: matthew.peters@lw.com

*Attorneys for Defendants Fluence Energy, Inc., Julian Jose Nebreda Marquez, and Ahmed Pasha*

---

[1] Fluence uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

SO ORDERED this 16 day of November, 2026.

Hon. Jennifer H. Rearden,
United States District Judge